|   |   |   |
|---|---|---|
| JUDGE: | Mary Jo Heston |
| CHAPTER: | 7 |
| HEARING LOCATIONS: | TACOMA |
| HEARING DATE: | JULY 19, 2018 |
| HEARING TIME: | 9:00 A.M. |
| RESPONSE DATE: | JULY 12, 2018 |

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

In re: )
)
Dolce Si, LLC,    ) Bankruptcy Case No. 18-41191-MJH
)
) Chapter 7
)
) Notice of Motion and Hearing on Motion for Relief
Debtor.    ) From Stay

In re: )
)
Elisabetta Rosalinda O'Shea, ) Bankruptcy Case No. 18-41204-MJH
and Steven Patrick O'Shea, )
) Chapter 7
)
Debtor.    ) Notice of Motion and Hearing on Motion for Relief
) from Stay

PLEASE TAKE NOTICE that Movant Point Ruston Apartments, LLC's Motion for Relief from Stay seeking to lift the stay and to authorize the Movant to foreclose on its statutory landlord's lien under state law and procedures.

IS SET FOR HEARING AS FOLLOWS:

JUDGE:    Mary Jo Heston

PLACE:    TACOMA
Tacoma Federal Courthouse Union Station
1717 Pacific Avenue, Ste. 2100
Tacoma, WA 98402-3233

DATE:    JULY 19, 2018

NOTICE OF HEARING

Law Offices of Jack B. Krona Jr.
5219 N. Shirley St. #100
Ruston, WA 98407
(253) 341-9331
j_krona@yahoo.com

TIME:        9:00 a.m.

IF YOU OPPOSE the Motion, you must file your written response with the Clerk's office of the bankruptcy court and deliver copies to the undersigned NOT LATER THAN THE RESPONSE DATE, which is July 12, 2018. If you file a response you are also required to appear at the hearing.

IF NO RESPONSE IS TIMELY FILED AND SERVED, THE COURT MAY, IN ITS DISCRETION, GRANT THE MOTION PRIOR TO THE HEARING WITHOUT FURTHER NOTICE, AND STRIKE THE HEARING.

DATED this 28th day of June 2018.

Law Offices of Jack B. Krona, Jr., Esq.

By: /s/
Jack B. Krona Jr., Esq.
WSBA# 42484

Attorney for Point Ruston Apartments, LLC

## CERTIFICATE OF SERVICE

On this 28th day of June 2018, I hereby certify under penalty of perjury that I served the above document on the parties listed in the attached Creditor's Matrix as of June 28, 2018

Law Offices of Jack B. Krona, Jr., Esq.

By /s/
Jack B. Krona Jr., Esq.
WSBA# 42484

NOTICE OF HEARING

Law Offices of Jack B. Krona Jr.
5219 N. Shirley St. #100
Ruston, WA 98407
(253) 341-9331
j_krona@yahoo.com

2

```
Label Matrix for local noticing          Santander Consumer USA Inc.            VW CREDIT, INC.
0981-3                                    c/o Stewart, Zlimen & Jungers, Ltd.   14841 Dallas Parkway, Suite 300
Case 18-41204-MJH                         2860 Patton Road                       Dallas, TX 75254-7883
Western District of Washington            Roseville, MN 55113-1100
Tacoma
Thu Jun 28 13:25:59 PDT 2018

U.S. Bankruptcy Court                     American Express                       American Express National Bank
1717 Pacific Avenue                       PO Box 981535                          c/o Becket and Lee LLP
Suite 2100                                El Paso, TX 79998-1535                 PO Box 3001
Tacoma, WA 98402-3233                                                            Malvern PA 19355-0701


Bank of America                           Dolce Si, LLC                          IRS
PO Box 851001                             3216 N. Stevens St.                    PO Box 7346
Dallas, TX 75285-1001                     Tacoma, WA 98407-4741                  Philadelphia, PA 19101-7346


Muckleshoot Casino                        NASA Federal Credit Union              Navy Federal Credit Union
6370 Auburn Way S.                        PO Box 1910                            PO Box 3500
Auburn, WA 98002                          Bowie, MD 20717-1910                   Merrifield, VA 22119-3500


Point Ruston                              Point Ruston Apartments, LLC           Santander Consumer USA
c/o Rainier Property Services             5219 N. Shirley St.                    PO Box 961245
5219 N. Shirley St.                       Tacoma, WA 98407-6599                  Terrell, TX 75161
Tacoma, WA 98407-6599


(p)WA STATE DEPT OF LABOR & INDUSTRIES    State of Washington                    USAA Bank
BANKRUPTCY UNIT                           Employment Security Department         9800 Fredericksburg Rd.
PO BOX 44171                              PO Box 9046                            San Antonio, TX 78288-0002
OLYMPIA WA 98504-4171                     Olympia, WA 98507-9046


United States Trustee                     (p)VOLKSWAGEN CREDIT UNION             Brett L Wittner
700 Stewart St Ste 5103                   1401 FRANKLIN BLVD                     Morton McGoldrick, P.S.
Seattle, WA 98101-4438                    LIBERTYVILLE IL 60048-4460             820 A Street
                                                                                 Suite 600
                                                                                 Tacoma, WA 98402-5293


Elisabetta Rosalinda O'Shea               Mark D Waldron                         Steven Patrick O'Shea
3216 N. Stevens St.                       6711 Regents Blvd W                    3216 N. Stevens St.
Tacoma, WA 98407-4741                     Suite B                                Tacoma, WA 98407-4741
                                          Tacoma, WA 98466-5421
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
State of Washington                       (d)State of Washington                 Volkswagen Credit
Department of L&I                         Department of Revenue                  PO Box 3
PO Box 44171                              PO Box 44171                           Hillsboro, OR 97123-0003
Olympia, WA 98504                         Olympia, WA 98504
```

End of Label Matrix
Mailable recipients    23
Bypassed recipients     0
Total                  23

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0981-3<br>Case 18-41191-MJH<br>Western District of Washington<br>Tacoma<br>Thu Jun 28 13:26:49 PDT 2018 | Dolce Si, LLC<br>3216 N. Stevens St.<br>Tacoma, WA 98407-4741 | U.S. Bankruptcy Court<br>1717 Pacific Avenue<br>Suite 2100<br>Tacoma, WA 98402-3233 |
| Comcast<br>PO Box 34744<br>Seattle, WA 98124-1744 | Elavon<br>7300 Chapman Hwy<br>Knoxville, TN 37920-6612 | IRS<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| Kabbage, Inc.<br>925B Peachtree St. NE #1688<br>Atlanta, GA 30309-3918 | Liberty Distributing<br>909 Valley Ave. NW<br>Puyallup, WA 98371-2517 | Navy Federal Credit Union<br>PO Box 3500<br>Merrifield, VA 22119-3500 |
| Point Ruston<br>c/o Rainier Property Services<br>5219 N. Shirley St.<br>Tacoma, WA 98407-6599 | Point Ruston Apartments, LLC<br>5219 N. Shirley St.<br>Tacoma, WA 98407-6599 | (p)WA STATE DEPT OF LABOR & INDUSTRIES<br>BANKRUPTCY UNIT<br>PO BOX 44171<br>OLYMPIA WA 98504-4171 |
| State of Washington<br>Employment Security Department<br>PO Box 9046<br>Olympia, WA 98507-9046 | Steve and Elisabetta O'Shea<br>3216 N. Stevens St.<br>Tacoma, WA 98407-4741 | Tacoma Public Utilities<br>3628 S. 35th St.<br>Tacoma, WA 98409-3192 |
| United States Trustee<br>700 Stewart St Ste 5103<br>Seattle, WA 98101-4438 | Brett L Wittner<br>Morton McGoldrick, P.S.<br>820 A Street<br>Suite 600<br>Tacoma, WA 98402-5293 | Mark D Waldron<br>6711 Regents Blvd W<br>Suite B<br>Tacoma, WA 98466-5421 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| State of Washington<br>Department of L&I<br>PO Box 44171<br>Olympia, WA 98504 | (d)State of Washington<br>Department of Revenue<br>PO Box 44171<br>Olympia, WA 98504 | End of Label Matrix<br>Mailable recipients    17<br>Bypassed recipients     0<br>Total                  17 |