**Submitted But not Entered.**



_____
**Mary Jo Heston**
**U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

**Service of Kabbage, Inc. is deficient. Motion must be made in accordance with Rule 9014, which requires service in the manner provided for by Rule 7004. Service upon a domestic or foreign corporation or upon a partnership or other unincorporated association must be to the attention of an officer, managing or general agent, or agent authorized to receive service. Fed. R. Bankr. P. 7004(b)(3).**

1
2
3
4
5
6
7
8
9
10
11
12

### UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF WASHINGTON

13    In re:             )

)

14    Dolce Si, LLC,       )    Bankruptcy Case No. 18-41191-MJH

)

15                    )    Chapter 7

)

16                    )    _[Ex Parte]_ Order on Motion for Relief from Stay

17        Debtor.        )

18
19
20
21
22
23
24

This matter, having come for hearing before the undersigned Bankruptcy Judge, upon Movant Point Ruston Apartments, LLC's Motion for Relief from Stay, and the court having considered the motion and any opposition to the motion, it is hereby **Ordered** that the Motion is **Granted**. Movant is granted immediate relief from the automatic stay and the 14-day stay period provided by Federal Rules of Bankruptcy Procedure Rule 4001(a)(3) is waived. Movant is allowed

25
26

ORDER ON MOTION TO LIFT STAY       1

Law Offices of Jack B. Krona Jr.
5219 N. Shirley St. #100
Ruston, WA 98407
(253) 341-9331
j_krona@yahoo.com

1

2
to foreclose on its statutory landlord's lien under state law and procedures and to re-lease the

3

4
premises covered by the Dolce Si, LLC lease to new tenants.

5
/// END OF ORDER ///

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22
Presented by:

23
/s/_____
Jack B. Krona Jr., Esq.

24
WSBA# 42484
Attorney for Movant

25

26

ORDER ON MOTION TO LIFT STAY 2 Law Offices of Jack B. Krona Jr.
5219 N. Shirley St. #100
Ruston, WA  98407
(253) 341-9331
j_krona@yahoo.com